UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CORRIGAN,<br><br>           Plaintiff,<br>    -v-<br><br>PRIVATUS CARE SOLUTIONS, INC. ET AL,<br><br>           Defendants. | 21 Civ. 9274 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On November 9, 2021, defendant Privatus Care Solutions, Inc. removed this case from the Supreme Court of the County of New York, before the other defendants in the action had been served.  Dkts. 1, 2.  On December 3, 2021, plaintiff, a New York resident, filed a motion to remand to state court, arguing that the Court lacked subject-matter jurisdiction.  Dkt. 9.  Based on the complaint, which alleges New York citizenship of at least one defendant, the Court doubts that it has subject-matter jurisdiction over this case.  *See, e.g.*, *Rossillo v. Becton, Dickinson & Co.*, No. 21 Civ. 852 (LJL), 2021 WL 793916 (S.D.N.Y. Feb. 26, 2021) (remanding where defendants based diversity jurisdiction on the citizenship of non-resident defendants who had been served).

Defendants' opposition to the motion to remand, if any, will be due December 14, 2021.  Plaintiff's reply, if any, will be due December 21, 2021.

SO ORDERED.

                           *Paul A. Engelmayer*
                        _____
                        PAUL A. ENGELMAYER
                        United States District Judge

Dated: December 6, 2021
     New York, New York